# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2025

## NO. 03-23-00368-CR

**James Joseph Luckenbach, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYNRE**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's order on the motion to suppress, reverses the judgment of conviction, and remands this cause to the district court for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.